# Hunter & Kmiec



**MEMO ENDORSED**

hunterkmiec.com

Attorneys at Law

| James A Hunter | Keenan D Kmiec |
| --- | --- |
| 255 West 94th Street, No. 10M | 14020 Old Harbor Lane, No. 107 |
| New York, New York 10025 | Marina Del Rey, California 90292 |
| t 646 666 0122 | t 917 859 7970 |
| f 646 462 3356 | f 646 462 3356 |
| hunter@hunterkmiec.com | kmiec@hunterkmiec.com |
| admitted in new york only | admitted in california and dc only |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/19/2020
```

June 18, 2020

The Honorable Valerie E. Caproni
United States District Judge
The U.S. District Court for the Southern District of New York
40 Foley Square, Room 240
New York, New York  10007
E-Mail: CaproniNYSDChambers@nysd.uscourts.gov

*BY ECF*

    Re:    *Donoghue v. National Health Investors, Inc.*
            No. 20-cv-3697 (VEC) (OTW) (S.D.N.Y. filed May 13, 2020)
            **Request for Adjournment of June 26 Conference**

Dear Judge Caproni:

    I am one of the attorneys for the Plaintiffs in the case referred to above.  The Court has scheduled an initial pretrial conference in our case for June 26, 2020.  I write on the Plaintiffs' behalf to request an adjournment of the conference to give the Defendants additional time to engage litigation counsel and review the parties' proposed pre-conference submissions.

    Plaintiffs' complaint was filed on May 13, 2020.  The Defendants agreed to waive service of the summons last week, and their executed waivers were filed with the Court on June 10, 2020.  *See* Dkt. Nos. 6-7.  Their counsel have not yet entered appearances.  On June 17, 2020, I sent corporate counsel for Nominal Defendant National Health Investors, Inc. ("NHI") an e-mail with a copy of the Court's Notice of Initial Pretrial Conference dated May 14, 2020 [Dkt. No. 4] and drafts of the joint letter and proposed case management plan referred to therein.  I asked counsel to forward the documents to whoever may be representing Defendant Eric L. Mendelsohn.  An attorney for NHI responded to my e-mail notifying me that the Defendants had not yet engaged litigation counsel and were unable to comment on the proposed submissions on such short notice.

The Honorable Valerie Caproni
June 18, 2020
Page 2

      In order to give the Defendants additional time to retain litigation counsel and comment on the proposed submissions, Plaintiffs respectfully request a brief adjournment of the June 26 conference. I understand that all counsel would be available for a conference on any of the following dates: July 10, 2020, July 17, 2020, and July 24, 2020. In keeping with the schedule laid out for the June 26 conference, we propose that the parties' pre-conference letter and draft case management plan be filed no later than eight days before the rescheduled conference. No prior requests for adjournment have been made or denied, and no parties object to the relief requested.

Respectfully submitted,

James A. Hunter

Copies by E-Mail:

David Lopez, Esq., davidlopezesq@aol.com
Miriam D. Tauber, Esq., miriamtauberlaw@gmail.com
Alan L. Dye, Esq., alan.dye@hoganlovells.com
Dennis H. Tracey III, Esq., dennis.tracey@hoganlovells.com

Application GRANTED. The initial pretrial conference is adjourned to **July 24, 2020 at 10:00 a.m.** The parties' joint submissions are due by **July 16, 2020.**

SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE        6/19/2020