USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE
and MARK RUBENSTEIN,

    Plaintiffs,

v.

NATIONAL HEALTH INVESTORS, INC.,

    Nominal Defendant,

and

ERIC L. MENDELSOHN,

    Defendant.

Case No.: 1:20-cv-03697-VEC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs Deborah Donoghue and Mark Rubenstein, defendant Eric L. Mendelsohn, and nominal defendant National Health Investors, Inc., hereby stipulate to the dismissal of this Action with prejudice, with each party bearing its own costs and fees.

Dated: __Dec. 1__, 2020

_____
Dennis H. Tracey, III
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
dennis.tracey@hoganlovells.com
*Counsel for Defendant Eric L. Mendelsohn*

Dated: Nov. 30, 2020

_____
Paul A. Straus
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
(212) 556-2136
pstraus@kslaw.com
*Counsel for National Health Investors, Inc.*

**STRICTLY CONFIDENTIAL**        **DO NOT COPY / DO NOT DISTRIBUTE**

Dated: Dec. 4, 2020

_____
David Lopez
Law Office of David Lopez
171 Edge of Woods Road, PO Box 323
Southampton, NY 11968
(631) 283-4735
DavidLopezEsq@aol.com
*Co-Counsel for Plaintiffs Deborah Donoghue and Mark Rubenstein*

Dated: Dec. 4, 2020

_____
Miriam Tauber
Miriam Tauber Law
885 Park Avenue 2A
New York, NY 10075
(323) 790-4881
miriamtauberlaw@gmail.com
*Co-Counsel for Plaintiffs Deborah Donoghue and Mark Rubenstein*

Dated: Dec. 4, 2020

_____
James A. Hunter
Hunter & Kmiec
42 Stagecoach Road
Pipersville, PA 18947
(484) 437-5935
hunter@hunterkmiec.com
*Co-Counsel for Plaintiffs Deborah Donoghue and Mark Rubenstein*

Application GRANTED.  This case is DISMISSED.

SO ORDERED.

*[signature]*

12/7/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE